**Jerry Clyde SCHILLING,
Plaintiff–Appellant,**

v.

**Pamela S. BAGGETT; Elizabeth Burns; Grievance Investigator Linda Shaw; Roul Avalos; Diana B. Lovelady; Anthony D. Valenti; Salvatore Sammy Byentello; Bill Lewis; Johnny M.**

Thomas; Vickie Barrow; Brian F. Williams; Vickie V. McGinty; Kellie Hutchinson; Kenneth R. Jones; Jerry E. Jackson, **Defendants–Appellees.**

No. 06–20009
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 2, 2007.

Jerry Clyde Schilling, Huntsville, TX, pro se.

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Jerry Clyde Schilling, Texas prisoner # 603386, appeals the district court's judgment dismissing as unexhausted his 42 U.S.C. § 1983 claims of retaliation, conspiracy, and deliberate indifference to his safety, and dismissing his remaining § 1983 claims as frivolous for failure to state a claim. *See* 28 U.S.C. § 1915A.

Schilling fails to identify error in the district court's judgment. *See Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir.1993). By not briefing the basis of the district court's dismissal, Schilling has waived the only issues that would be the subject of his appeal. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir.1987). Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Schilling's request for appointment of counsel is DENIED.